UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **VNB REALTY, INC.**, a wholly owned subsidiary of Valley National Bank,<br><br>**Plaintiff**,<br><br>v.<br><br>**U.S. BANK, N.A.**,<br><br>**Defendant.** | Civ. No. 2:13-04743 (WJM)<br><br>**ORDER** |

Defendant U.S. Bank, N.A. moves to dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6). For the reasons stated in this Court's accompanying opinion; and for good cause shown,

**IT IS** on this 23rd day of April 2014, hereby,

**ORDERED** that Defendant's motion to dismiss is **GRANTED IN PART**, and **DENIED IN PART**; and it is further

**ORDERED** that Counts II, III, IV, VI, and VII are **DISMISSED WITH PREJUDICE**; and it is further

**ORDERED** that Plaintiff shall have thirty days from the date of this Order in which to amend the complaint to address only those deficiencies noted in the accompanying Opinion.

　　　　　　　　　　　　　　　　　　　　　　/s/ William J. Martini
　　　　　　　　　　　　　　　　　　　　**WILLIAM J. MARTINI, U.S.D.J.**